## No. 7339.

### V. H. BERNARD VS. ERNEST VICKNAIRE.

Where a writ of sequestration had been sued out upon pretended apprehensions which were groundless, and for alleged causes which were merely pretexts to afford occasion and apparent motive for harassing the defendant, the defendant shall have damages upon the setting aside of the sequestration including attorney's fee for the vexatious suit.

APPEAL from the District Court for Lafourche. BEATTY, J.

*C. Knobloch* for Plaintiff Appellant. *Moore & Badeaux*, and *T. L. Winder* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.